UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYDEL IGLESIAS PENA,

Petitioner,

v. Case No.: 2:26-cv-02318-SPC-NPM

DAVID HARDIN *et al.*,

Respondents.
_________________________________/

**OPINION AND ORDER**

Before the Court are Raydel Iglesias Pena's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Iglesias Pena, a noncitizen in immigration detention, sought habeas relief from this Court in *Iglesias Pena v. Warden*, M.D. Fla. Case No. 2:26-cv-1514-SPC-NPM. The Court granted the petition in part and ordered the respondents to either bring Iglesias Pena before an immigration judge for a bond hearing or release Iglesias Pena from custody. On May 26, 2026, an immigration judge found Iglesias Pena to be a danger to the community based on the details of a recent arrest and denied release on bond. (Doc. 3-1 at 11-12).

Iglesias Pena argues his detention is unlawful under the framework announced in *Zadvydas v. Davis*, 533 U.S. 678 (2003). But *Zadvydas* applies to noncitizens detained under 8 U.S.C. § 1231 because they are subject to a

final order of removal. An immigration judge ordered Iglesias Pena removed on March 17, 2026, but the removal order is currently on appeal to the Board of Immigration Appeals, so it is not administrative final. As a result, Iglesias Pena's detention is governed by 8 U.S.C. § 1226(a). Iglesias Pena is entitled to a bond hearing, which he received. He is not entitled to habeas relief on any ground raised in his petition.

Accordingly, Iglesias Pena's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 20, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record